# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

       v.                                                                     Crim. No.  5:13-MJ-1105-1

THOMAS J. ANDREWS

     On April 9, 2013, the above-named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/ Robert K. Britt                                                 /s/ Eddie J. Smith
Robert K. Britt                                                          Eddie J. Smith
Senior U.S. Probation Officer                            U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this  27th  day of  January , 2014.

*[signature]*

William A. Webb
U.S. Magistrate Judge